FILED
CLERK, U.S. DISTRICT COURT
OCT 31 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO LEPE,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>DERRAL ADAMS (Warden),<br><br>　　　　　Respondent. | No. CV 08-0574-DDP(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: OCT 31 2012

_____
DEAN D. PREGERSON
United States District Judge